# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Permian Highway Pipeline, LLC, Kinder Morgan Texas Pipeline, LLC § § § | CIVIL NO: AU:19-CV-00734-RP |
| vs. § § | |
| City of Kyle, Texas | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, September 17, 2019 at 01:00 PM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 23rd day of July, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE